**KOFFSKY SCHWALB**LLC

Efrem Schwalb
eschwalb@koffskyschwalb.com

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
F: 646.553.1591
www.koffskyschwalb.com

**MEMO ENDORSED**

May 7, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/10/2021__

**BY ECF**
The Honorable Nelson S. Roman
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    Rabinowitz v. Kelman, Docket No.: 21-cv-3167-NSR

Dear Judge Roman:

    We represent petitioner Benzion Rabinowitz and write on behalf of both parties in response to the Court's e-mail directing the parties to jointly submit a letter with a briefing schedule for the motion and cross-motion. The parties propose that petitioner's reply and opposition papers be filed by May 14, and that respondent's reply papers on his cross-motion be filed on May 28, 2021.

    Thank you for your consideration.

                              Respectfully Submitted,

                              *Efrem Schwalb*

                              Efrem Schwalb

cc:    All counsel of record (By ECF)

Per the parties' letter, petitioner's reply and opposition papers shall be filed by May 14, 2021, and respondent's reply papers shall be filed on May 28, 2021.
The Clerk of Court is directed to terminate the motion at ECF No. 20.

Dated: May 10, 2021
       White Plains, NY

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE