UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BENZION RABINOWITZ,

                Petitioner,                        21 **CIVIL** 3167 (NSR)

      -against-                                  **JUDGMENT**

LEVI KELMAN,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 13, 2022, Petitioner's motion to confirm the arbitration award is Denied and Defendant's motion to dismiss the petition for lack of subject matter jurisdiction is Granted without prejudice to Petitioner's right to recommence in the appropriate forum; accordingly, the case is closed.

**Dated**: New York, New York
         July 14, 2022

                                                              **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                                   **BY:**         *K. Mango*
                                                               **Deputy Clerk**