**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
BENZION RABINOWITZ,

                Petitioner,

    -against-                                                      21 **CIVIL** 3167 (NSR)

                                                                       **JUDGMENT**

LEVI KELMAN,

                Respondent.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 19, 2024, Petitioner's motion to confirm the arbitration award is granted and Respondent's motion to transfer venue is denied. Judgment is entered in favor of Petitioner for the sum of $4,000,000 plus $94,649.58 in attorney's fees, for a total of $4,094,649.58; accordingly, the case is closed.

**Dated:**  New York, New York

      April 19, 2024

                                                                    **RUBY J. KRAJICK**
                                                                    **Clerk of Court**

                                                   **BY:**         *K. Mango*

                                                                    **Deputy Clerk**